Printed: 01/24/11 07:29 PM                                                                                                   Page: 1

# Claims Proposed Distribution

Case: 09-51395  HAGLUND, DARREN KEITH

Report Includes ONLY Claims with a Proposed Distribution

RECEIVED 2011 MAR -7 AM 9:52 U.S. BANKRUPTCY COURT DULUTH, MN

| Case Balance: | $1,300.11 | Total Proposed Payment: | $1,300.11 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Clerk of Bankruptcy Court | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 | 1,050.11 |
|  | <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
|  | Kanuit & Bray Ltd | Admin Ch. 7 | 4.40 | 4.40 | 0.00 | 4.40 | 4.40 | 1,045.71 |
|  | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Kanuit & Bray Ltd | Admin Ch. 7 | 200.00 | 200.00 | 0.00 | 200.00 | 200.00 | 845.71 |
|  | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | ROBERT R. KANUIT | Admin Ch. 7 | 325.03 | 325.03 | 0.00 | 325.03 | 325.03 | 520.68 |
|  | <2100-00 Trustee Compensation> | | | | | | | |
| 1 | Discover Bank | Unsecured | 13,012.56 | 13,012.56 | 0.00 | 13,012.56 | 127.42 | 393.26 |
| 2 | Chase Bank USA, N.A. | Unsecured | 4,021.19 | 4,021.19 | 0.00 | 4,021.19 | 39.38 | 353.88 |
| 4 | Roundup Funding, LLC | Unsecured | 1,341.46 | 1,341.46 | 0.00 | 1,341.46 | 13.14 | 340.74 |
| 5 | MEMBERS COOP CREDIT UNION | Unsecured | 8,277.10 | 8,277.10 | 0.00 | 8,277.10 | 81.05 | 259.69 |
| 6 | American Express Centurion Bank | Unsecured | 2,304.68 | 2,304.68 | 0.00 | 2,304.68 | 22.57 | 237.12 |
| 7 | U.S. Bank N.A. | Unsecured | 326.00 | 326.00 | 0.00 | 326.00 | 3.19 | 233.93 |
| 8 | U.S. Bank N.A. | Unsecured | 520.24 | 520.24 | 0.00 | 520.24 | 5.09 | 228.84 |
| 9 | U.S. Bank N.A. | Unsecured | 540.20 | 540.20 | 0.00 | 540.20 | 5.29 | 223.55 |
| 10 | VERIZON WIRELESS | Unsecured | 683.60 | 683.60 | 0.00 | 683.60 | 6.69 | 216.86 |
| 11 | U.S. Bank N.A. | Unsecured | 3,203.56 | 3,203.56 | 0.00 | 3,203.56 | 31.37 | 185.49 |
| 12 | Fia Card Services, NA/Bank of America | Unsecured | 18,942.15 | 18,942.15 | 0.00 | 18,942.15 | 185.49 | 0.00 |
|  | Total for Case 09-51395: |  | $53,952.17 | $53,952.17 | $0.00 | $53,952.17 | $1,300.11 |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $779.43 | $779.43 | $0.00 | $779.43 | 100.000000% |
| Total Unsecured Claims: | $53,172.74 | $53,172.74 | $0.00 | $520.68 | 0.979224% |

#32489
3-7-11